UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

BERMUDA ISLES AT BOCA
RIO HOA, INC. and CYPRESS
LAKES AT BOCA RIO HOME
OWNERS ASSOCIATION, INC.,

    Plaintiffs,

v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION

Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation, hereby files this Notice of Removal of Civil Action, and states:

1. Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY ("Westchester"), is a surplus lines property insurer that issued a policy of insurance to Plaintiffs, BERMUDA ISLES AT BOCA RIO HOA, INC. and CYPRESS LAKES AT BOCA RIO HOME OWNERS ASSOCATION, INC. (collectively referred to as "Bermuda Isles"), and has been named Defendant in a Complaint for Breach of Contract, which was filed by Plaintiffs on October 5, 2010, in the 17th Judicial Circuit of the State of Florida for Broward County, case number 10041191, styled as *Bermuda Isles at Boca Rio HOA, Inc. and Cypress Lakes at Boca Rio Home Owners Association, Inc. v. Westchester Surplus Lines Insurance Corporation* [sic]. Said Complaint is attached hereto as **Exhibit "A"**.

2. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1332 and which the Defendant is entitled to remove to this Court based upon diversity of citizenship as Plaintiffs are Florida corporations and Defendant is a Georgia corporation with its principal place of business at 500 Colonial Center Parkway, Suite 200, Roswell, Georgia 30076.  See Affidavit in Support of Removal by Greg Crocker, attached hereto as **Exhibit "B"**.

3. These jurisdictional facts were true at the time of filing Plaintiffs' complaint and are true at the time of removal.

4. Service of process was effected on Defendant by Electronic Delivery via the Florida Department of Financial Services on October 27, 2010.  A copy of the Notice of Service of Process is annexed hereto as **Exhibit "C"**.

5. Defendant, based on its investigation of the claim and its communication with the Insureds and their counsel, has a good faith belief that the dispute over the underlying damages exceeds the jurisdictional requirement of $75,000.00.  Specifically, prior to suit, Plaintiffs produced an estimate of damages in the amount of $546,936.96.  See Affidavit in Support of Removal by Greg Crocker, previously attached hereto as Exhibit "B".

6. The following constitutes all of the process, pleadings and orders filed in this action:

    a. Plaintiffs' Complaint for Breach of Contract

    b. Summons

    c. Notice to State Court of Removal

A copy of the Plaintiff's Complaint has been annexed as Exhibit "A" and a copy of the Summons is attached hereto as **Exhibit "D"**. A copy of the Notice to State Court of Removal is attached hereto as **Exhibit "E"**.

7. This Notice of Removal is being filed within thirty (30) days of Defendant's receipt of the Plaintiffs' Complaint for Breach of Contract.

**WHEREFORE**, Defendant, WESTCHESTER SURPLUS LINES INSURANCE CORPORATION, a Georgia corporation, respectfully request that the above-referenced action pending in the Circuit Court in and for Broward County, Case No.: 10041191, be removed from that court to the United States District Court for the Southern District of Florida.

DATED this 16th day of November, 2010.

Respectfully Submitted,

**BERK, MERCHANT & SIMS, PLC.**

/s/ Patrick E. Betar
William S. Berk
Florida Bar No.: 349828
wberk@berklawfirm.com
Melissa M. Sims
Florida Bar No.: 85936
msims@berklawfirm.com
Patrick E. Betar
Florida Bar No.: 11073
pbetar@berklawfirm.com
2100 Ponce De Leon Blvd.
Penthouse 1
Coral Gables, Florida 33134
Telephone:  786.338.2878
Facsimile:   786.338.2888

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via facsimile and U.S. Mail this 16th day of November, 2010 to:

Christopher N. Mammel, Esq.
Florida Bar No.: 54041
Childress Duffy, Ltd.
12000 Biscayne Blvd., Suite 415
Miami, Florida 33181
and
500 N. Dearborn Street, Suite 1200
Chicago, Illinois 60654
Telephone:   312-494-0200
Facsimile:   312-494-0202
*Counsel for Plaintiffs*

                                                **/s/ Patrick E. Betar**
                                                Patrick E. Betar