UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

BERMUDA ISLES AT BOCA
RIO HOA, INC. and CYPRESS
LAKES AT BOCA RIO HOME
OWNERS ASSOCIATION, INC.,

    Plaintiffs,

v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

    Defendant.
_____/

## AFFIDAVIT IN SUPPORT OF REMOVAL

Before me, the undersigned, Gregory Crocker, personally appeared who after being duly sworn, deposes and states:

1. My name is Gregory Crocker, and I am over the age of 21 and have personal knowledge of the facts contained herein.

2. I am an authorized representative for Westchester Surplus Lines Insurance Company (WSLIC) and am handling the subject claim submitted by BERMUDA ISLES AT BOCA RIO HOA, INC. and CYPRESS LAKES AT BOCA RIO HOME OWNERS ASSOCIATION, INC. (collectively referred to as "Bermuda Isles"), for Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY. In this capacity, have authority to speak on behalf of the Defendant with regard to the items contained within this affidavit.

3. Plaintiff, BERMUDA ISLES AT BOCA RIO HOA, INC. is a Florida corporation with its principal place of business in Palm Beach County, Florida.

4. Plaintiff, CYPRESS LAKES AT BOCA RIO HOME OWNERS ASSOCIATION, INC. is a Florida corporation with its principal place of business in Palm Beach County, Florida.

5. Defendant, Westchester Surplus Lines Insurance Company, is a Georgia corporation with its principal place of business at 500 Colonial Center Parkway, Suite 200, Roswell, Georgia 30076.

6. WSLIC issued an insurance policy to Plaintiffs bearing certificate number D35956992002, with effective dates from June 30, 2005 through June 30, 2006, for properties located in Palm Beach County, Florida.

7. Defendant believes the amount in controversy is in excess of $75,000.00, excluding attorneys' fees and costs, based on the $546,936.96 estimate presented by Plaintiffs prior to suit. (See Estimate by Ryon Stewart dated November 13, 2005, attached hereto as Exhibit "1").

FURTHER AFFIANT SAYETH NAUGHT

_____
Gregory Crocker

STATE OF GEORGIA            }
COUNTY OF _____Fulton_____  }

The foregoing instrument was sworn to and subscribed before me this _12th_ day of __November__, 2010, by Gregory Crocker. He is personally known to me or has produced ID # _____ as identification, and did take an oath.

_____
Notary Public, State of Georgia

Notary Stamp: [SEAL: CHERYL L. BARNETT, MY COMMISSION EXPIRES JUNE 27 2011, FULTON CO., GEORGIA, NOTARY PUBLIC]

*P.A.- Estimate*

| | |
|---|---|
| Client: | BH mamagement |
| Operator Info: | |
| Operator: | RYON |
| Estimator: | Ryon Stewart |
| Type of Estimate: | Hurricane |
| Dates: | |
| Date Entered: | 11/13/2005 |
| | |
| Price List: | FLMI4S52 |
| | Restoration/Service/Remodel |
| Estimate: | BANYANLAKES |

## Summary for Hurricane

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 451,740.65 |
| Total Adjustments for Base Service Charges | | | | 1,127.81 |
| Material Sales Tax | @ | 6.500% x | 44,805.29 | 2912.34 |
| Subtotal | | | | 455,780.80 |
| Overhead | @ | 10.0% x | 455,780.80 | 45,578.08 |
| Profit | @ | 10.0% x | 455,780.80 | 45,578.08 |
| Replacement Cost Value | | | | 546,936.96 |
| Net Claim | | | | 546,936.96 |

Ryon Stewart

BANYANLAKES  01/17/2006 Page: 51

## Recap by Room

| | | |
|---|---:|---:|
| **Estimate: BANYANLAKES** | | |
| General Conditions | 281,308.40 | 62.12% |
| Roof | 1.00 | 0.00% |
| **Area: Oleander Court** | | |
| #8050 | 4,999.89 | 1.10% |
| #8056 | 1,513.46 | 0.33% |
| #8062 | 1,615.42 | 0.36% |
| **Area: #8068** | | |
| Exterior | 2,850.34 | 0.63% |
| Unit B | 320.00 | 0.07% |
| Area Subtotal: #8068 | 3,170.34 | 0.70% |
| **Area: #8074** | | |
| Exterior | 3,944.98 | 0.87% |
| Unit D | 320.00 | 0.07% |
| Area Subtotal: #8074 | 4,264.98 | 0.94% |
| #8080 | 1,710.96 | 0.38% |
| CARPORTS | 6,023.76 | 1.33% |
| Area Subtotal: Oleander Court | 23,298.81 | 5.14% |
| **Area: Robeilin Court** | | |
| #8051 | 90.98 | 0.02% |
| #8057 | 17.14 | 0.00% |
| #8063 | 406.34 | 0.09% |
| #8069 | 34.28 | 0.01% |
| #8075 | 794.92 | 0.18% |
| #8081 | 166.47 | 0.04% |
| #8087 | 171.13 | 0.04% |
| CARPORTS | 6,023.76 | 1.33% |
| Area Subtotal: Robeilin Court | 7,705.02 | 1.70% |
| **Area: Banyan Court** | | |
| #8093 | 51.42 | 0.01% |
| #8099 | 155.84 | 0.03% |
| #8105 | 87.28 | 0.02% |
| #8111 | 63.90 | 0.01% |
| #8117 | 640.28 | 0.14% |
| #8123 | 68.56 | 0.02% |
| #8129 | 132.21 | 0.03% |
| #8135 | 178.67 | 0.04% |
| #8141 | 121.72 | 0.03% |

| Item | Amount | Percent |
|---|---|---|
| #8147 | 238.46 | 0.05% |
| #8153 | 74.80 | 0.02% |
| #8159 | 2,850.34 | 0.63% |
| #8165 | 151.18 | 0.03% |
| Area: #8171 | 2,850.34 | 0.63% |
|   Exterior | 2,850.34 | 0.63% |
|   Unit C | 320.00 | 0.07% |
| Area Subtotal: #8171 | 6,020.68 | 1.33% |
| #8177 | 60.47 | 0.01% |
| #8183 | 551.45 | 0.12% |
| #8189 | 355.63 | 0.08% |
| #8195 | 74.80 | 0.02% |
| #8201 | 110.66 | 0.02% |
| CARPORTS | 12,948.96 | 2.86% |
| Area Subtotal: Banyan Court | 24,937.31 | 5.51% |
| **Area: Hibiscus Court** | | |
| #8104 | 2,556.78 | 0.56% |
| #8110 | 2,746.10 | 0.61% |
| #8116 | 584.50 | 0.13% |
| #8122 | 116.90 | 0.03% |
| CARPORTS | 890.12 | 0.20% |
| Area Subtotal: Hibiscus Court | 6,894.40 | 1.52% |
| **Area: Cypress Court** | | |
| #8194 | 187.04 | 0.04% |
| #8200 | 70.14 | 0.02% |
| #8206 | 637.86 | 0.14% |
| Area: #8212 | | |
|   Exterior | 1,734.34 | 0.38% |
|   Unit D | 320.00 | 0.07% |
| Area Subtotal: #8212 | 2,054.34 | 0.45% |
| #8118 | 3,828.08 | 0.85% |
| #8224 | 4,255.16 | 0.94% |
| #8230 | 2,556.86 | 0.56% |
| Area: #8236 | | |
|   Exterior | 4,183.88 | 0.92% |
|   Unit C | 320.00 | 0.07% |
| Area Subtotal: #8236 | 4,503.88 | 0.99% |
| #8242 | 676.00 | 0.15% |
| #8248 | 2,665.32 | 0.59% |

| | | |
|---|---:|---:|
| #8254 | 730.60 | 0.16% |
| #8260 | 63.90 | 0.01% |
| CARPORTS | 6,696.88 | 1.48% |
| Area Subtotal: Cypress Court | 28,926.06 | 6.39% |
| **Area: Live Oak Court** | | |
| #8213 | 559.10 | 0.12% |
| #8219 | 134.04 | 0.03% |
| #8225 | 213.06 | 0.05% |
| #8231 | 98.18 | 0.02% |
| #8237 | 187.04 | 0.04% |
| **Area: #8243** | | |
| Exterior | 396.86 | 0.09% |
| Unit C | 320.00 | 0.07% |
| Unit D | 320.00 | 0.07% |
| Area Subtotal: #8243 | 1,036.86 | 0.23% |
| **Area: #8249** | | |
| Exterior | 383.40 | 0.08% |
| Unit A | 320.00 | 0.07% |
| Area Subtotal: #8249 | 703.40 | 0.16% |
| #8255 | 168.32 | 0.04% |
| #8261 | 174.56 | 0.04% |
| #8267 | 402.12 | 0.09% |
| **Area: #8273** | | |
| Exterior | 168.32 | 0.04% |
| Unit B | 320.00 | 0.07% |
| Area Subtotal: #8273 | 488.32 | 0.11% |
| #8279 | 636.71 | 0.14% |
| #8285 | 695.24 | 0.15% |
| CARPORTS | 15,594.32 | 3.44% |
| Area Subtotal: Live Oak Court | 21,091.27 | 4.66% |
| **Area: Palm Court** | | |
| #8255 | 1,332.66 | 0.29% |
| #8261 | 81.04 | 0.02% |
| #8267 | 348.68 | 0.08% |
| #8273 | 1,400.78 | 0.31% |
| #8279 | 1,370.22 | 0.30% |
| #8285 | 157.42 | 0.03% |
| #8291 | 261.40 | 0.06% |
| #8297 | 1,600.48 | 0.35% |

Case 0:10-cv-62209-PCH   Document 1-2   Entered on FLSD Docket 11/16/2010   Page 8 of 9

| | | |
|---|---:|---:|
| CARPORTS | 3,958.56 | 0.87% |
| Area Subtotal: Palm Court | 10,511.24 | 2.32% |
| **Area: Bouganville Court** | | |
| #8165 | 213.06 | 0.05% |
| #8171 | 2,850.34 | 0.63% |
| #8177 | 161.64 | 0.04% |
| #8183 | 46.76 | 0.01% |
| #8189 | 23.38 | 0.01% |
| #8195 | 4,189.24 | 0.93% |
| #8201 | 2,913.98 | 0.64% |
| #8207 | 549.08 | 0.12% |
| #8213 | 4,235.30 | 0.94% |
| #8219 | 6,427.48 | 1.42% |
| #8225 | 1,519.70 | 0.34% |
| #8231 | 6,435.92 | 1.42% |
| #8237 | 255.60 | 0.06% |
| #8243 | 666.07 | 0.15% |
| #8249 | 347.27 | 0.08% |
| CARPORTS | 16,232.32 | 3.58% |
| Area Subtotal: Bouganville Court | 47,067.14 | 10.39% |
| **Subtotal of Areas** | 451,740.65 | 99.75% |
| **Base Service Charges** | 1,127.81 | 0.25% |
| **Total** | 452,868.46 | 100.00% |

BANYANLAKES                                                                 01/17/2006  Page: 55

## Recap by Category

| O&P Items | | | Total Dollars | % |
|---|---|---|---:|---:|
| AWNINGS & PATIO COVERS | | | 700.00 | 0.13% |
| CONCRETE & ASPHALT | | | 2,364.96 | 0.43% |
| CONTENT MANIPULATION | | | 360.00 | 0.07% |
| GENERAL DEMOLITION | | | 287,694.56 | 52.60% |
| FENCING | | | 670.48 | 0.12% |
| LABOR ONLY | | | 33,520.00 | 6.13% |
| LIGHT FIXTURES | | | 231.28 | 0.04% |
| METAL STRUCTURES & COMPONENTS | | | 13,892.00 | 2.54% |
| PAINTING | | | 2,564.93 | 0.47% |
| ROOFING | | | 65,972.02 | 12.06% |
| SOFFIT, FASCIA, & GUTTER | | | 4,137.50 | 0.76% |
| STEEL COMPONENTS | | | 32,648.88 | 5.97% |
| WINDOW REGLAZING & REPAIR | | | 6,984.04 | 1.28% |
| Subtotal | | | 451,740.65 | 82.59% |
| Base Service Charges | | | 1,127.81 | 0.21% |
| Material Sales Tax | @ | 6.500% | 2,912.34 | 0.53% |
| Overhead | @ | 10.00% | 45,578.08 | 8.33% |
| Profit | @ | 10.00% | 45,578.08 | 8.33% |
| O&P Items Subtotal | | | 546,936.96 | 100.00% |
| Grand Total | | | 546,936.96 | |

BANYANLAKES

01/17/2006  Page: 56