UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-62209-CV-HUCK/BANDSTRA

BERMUDA ISLES AT BOCA RIO HOA, INC.
AND CYPRESS LAKES AT BOCA RIO HOA, INC.,

    PLAINTIFFS,

V.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,
    DEFENDANT.
_____/

### NOTICE OF SETTLEMENT

Defendant, Westchester Surplus Lines Insurance Company ("WSLIC"), hereby gives notice that the parties reached an amicable settlement of all claims. Defendant requests the Court allow thirty days for the parties to finalize the settlement paperwork and file a Joint Stipulation of Dismissal with Prejudice with the Court.

    Respectfully Submitted,

    **BERK, MERCHANT & SIMS, PLC**

    **/s/ Patrick E. Betar**
    William S. Berk
    Florida Bar No.: 349828
    wberk@berklawfirm.com
    Melissa M. Sims
    Florida Bar No.: 85936
    msims@berklawfirm.com
    Patrick E. Betar
    Florida Bar No.: 11073
    pbetar@berklawfirm.com
    2 Alhambra Plaza, Suite 700
    Coral Gables, Florida 33134
    Telephone:   786.338.2900
    Facsimile:   786.338.2888

### CERTIFICATE OF SERVICE

I hereby certify that on July 8th, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the List below via transmission of Notices of Electronic Filing generated by CM/ECF.

Christopher N. Mammel, Esq.
cmammel@cdlawyers.com
Edward Eshoo, Esq.
eeshoo@cdlawyers.com
500 N. Dearborn Street, Suite 1200
Chicago, Illinois 60654
Telephone:   312-494-0200
Facsimile:   312-494-0202
*Counsel for Plaintiffs*

/s/ Patrick E. Betar
Patrick E. Betar