UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-62209-CIV-HUCK/BANDSTRA

BERMUDA ISLES AT BOCA RIO HOA, INC.
& CYPRESS LAKES AT BOCA RIO HOME
OWNERS ASSOCIATION, INC.,

    PLAINTIFFS,

V.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

    DEFENDANT.
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, **BERMUDA ISLES AT BOCA RIO HOA, INC.** & **CYPRESS LAKES AT BOCA RIO HOME OWNERS ASSOCIATION, INC.**, and Defendant, **WESTCHESTER SURPLUS LINES INSURANCE COMPANY**, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to this Joint Stipulation of Dismissal with Prejudice on the following grounds:

1. The Parties, having amicably settled the above captioned litigation, stipulate to the dismissal with prejudice of this case, with each party to bear its own attorneys' fees and costs.

2. The parties herein request the Court issue an Order of Dismissal with Prejudice and reserve jurisdiction to enforce the terms of the settlement. A proposed Order of Dismissal is annexed hereto as **Exhibit "A"**.

Dated this 25th day of July, 2011.

               Respectfully submitted,

| CHILDRESS DUFFY, LTD. | BERK, MERCHANT & SIMS, PLC |
|---|---|
| 1200 Biscayne Boulevard, Ste. 415 | 2 Alhambra Plaza, Ste. 700 |
| Miami, Florida 33181 | Coral Gables, Florida 33134 |
| Telephone: 312-494-0200 | Telephone: 786-338-2900 |
| Facsimile:  312-494-0202 | Facsimile:  786-338-2888 |
| *(signature)* | **/s/ PATRICK E. BETAR** |
| Christopher N. Mammel | William S. Berk |
| cmammel@childresslawyers.com | wberk@berklawfirm.com |
| Florida Bar No.: 54051 | Florida Bar No.: 349828 |
| | Patrick E. Betar |
| | pbetar@berklawfirm.com |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   10-62209-CIV-HUCK/BANDSTRA

BERMUDA ISLES AT BOCA
RIO HOA, INC. & CYPRESS
LAKES AT BOCA RIO HOME
OWNERS ASSOCIATION, INC.,

      PLAINTIFFS,

v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

      DEFENDANT.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court on Plaintiffs', **BERMUDA ISLES AT BOCA RIO HOA, INC.** & **CYPRESS LAKES AT BOCA RIO HOME OWNERS ASSOCIATION, INC.**, and Defendant's, **WESTCHESTER SURPLUS LINES INSURANCE COMPANY**, Joint Stipulation of Dismissal with Prejudice, and the Court having reviewed the Joint Stipulation, the entirety of the file, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED:**

1. Upon the Joint Stipulation of Dismissal with Prejudice, the case is hereby dismissed with prejudice, with the Parties to bear their own attorneys' fees and costs.

2. Any pending motions are denied as moot.

3. The Court shall retain jurisdiction to enforce the terms of the settlement for thirty (30) days.

4. The Clerk is instructed to close this case.

**DONE AND ORDERED** in Chambers at Miami, Florida this ___ day of _____, 2011.

                                                   **HONORABLE PAUL C. HUCK**
                                                   **UNITED STATES DISTRICT JUDGE**

cc:    Magistrate Judge Bandstra
        All counsel of record