UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-62209-CIV-HUCK/BANDSTRA

BERMUDA ISLES AT BOCA
RIO HOA, INC. & CYPRESS
LAKES AT BOCA RIO HOME
OWNERS ASSOCIATION, INC.,

PLAINTIFFS,

v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

DEFENDANT.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court on Plaintiffs', BERMUDA ISLES AT BOCA RIO HOA, INC. & CYPRESS LAKES AT BOCA RIO HOME OWNERS ASSOCIATION, INC., and Defendant's, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, Joint Stipulation of Dismissal with Prejudice, and the Court having reviewed the Joint Stipulation, the entirety of the file, and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED:

1. Upon the Joint Stipulation of Dismissal with Prejudice, the case is hereby dismissed with prejudice, with the Parties to bear their own attorneys' fees and costs.

2. Any pending motions are denied as moot.

3. The Court shall retain jurisdiction to enforce the terms of the settlement for thirty (30) days.

4. The Clerk is instructed to close this case.

DONE AND ORDERED in Chambers at Miami, Florida this 26 day of July, 2011.

HONORABLE PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:   Magistrate Judge Bandstra
      All counsel of record